1  **TOWER LEGAL GROUP, P.C.**          **THE SHARMAN LAW FIRM**
   James A. Clark (SBN 278372)          Paul Sharman (*Pro Hac Vice Pending*)
2    Email: james.clark@towerlegalgroup.com    Email: paul@sharman-law.com
   Rene P. Ortega (SBN 283441)          11175 Cicero Drive, Suite 100
3    Email: renee.ortega@towerlegalgroup.com   Alpharetta, GA 30022
   11335 Gold Express Drive, Suite 105  Telephone: 678.242.5297
4  Gold River, CA 95670                 Facsimile: 678.802.2129
   Telephone: 916.361.6009
5  Facsimile: 916.361.6019

6  Attorneys for Plaintiffs
   TERRA BOZZINI, ADRIAN GONZALEZ, FERGUSON ENTERPRISES, LLC, 401(K)
7  RETIREMENT SAVINGS PLAN f/k/a FERGUSON ENTERPRISES, INC., 401(K)
   RETIREMENT SAVINGS PLAN
8
   *[Remaining Counsel on the Following Page]*
9
                **UNITED STATES DISTRICT COURT**
10
                **NORTHERN DISTRICT OF CALIFORNIA**
11
   TERA BOZZINI and ADRIAN GONZALES,        Case No. 3:22-cv-05667-LB
12 individually and as a representative of a
   Putative Class of Participants and        **CORRECTED STIPULATION AND**
13 Beneficiaries, on behalf of the FERGUSON  **ORDER EXTENDING TIME TO**
   ENTERPRISES, LLC, 401(K) RETIREMENT       **RESPOND TO THE COMPLAINT**
14 SAVINGS PLAN f/k/a FERGUSON               **AND SETTING SCHEDULE FOR**
   ENTERPRISES, INC, 401(K) RETIREMENT       **BRIEFING ON MOTIONS TO**
15 SAVINGS PLAN,                             **DISMISS**

16              Plaintiffs,                  Assigned to:  Honorable William H. Orrick

17       v.

18 FERGUSON ENTERPRISES, LLC,
   f/k/a FERGUSON ENTERPRISES,
19 INC.; RETIREMENT PLAN
   COMMITTEE OF FERGUSON
20 ENTERPRISES, LLC 401(K)
   RETIREMENT SAVINGS PLAN;
21 WILLIAM BRUNDAGE; RICHARD
   WINCKLER; CAPFINANCIAL
22 PARTNERS, LLC, d/b/a CAPTRUST
   FINANCIAL ADVISORS; AND DOES
23 1-50,
                Defendants.
24

25

26

27

28

1  **McGUIREWOODS, LLP**
   Natalie M. Lagunas (SBN 318634)
2     Email:  nlagunas@mcguirewoods.com
   1800 Century Park East, 8th Floor
3  Los Angeles, CA  90067-1501
   Telephone:  310.315.8200
4  Facsimile:  310.315.8210

5  Peter N. Farley (*Pro Hac Vice*)
      Email:  pfarley@mcguirewoods.com
6  Promenade
   1230 Peachtree Street N.E., Suite 2100
7  Atlanta, GA 30309-3534
   Telephone:  404.443.5500
8  Facsimile:  404.443.5599

9  Summer L. Speight (*Pro Hac Vice*)
      Email:  sspeight@mcguirewoods.com
10 Heidi E. Siegmund (*Pro Hac Vice*)
      Email:  hsiegmund@mcguirewoods.com
11 Gateway Plaza
   800 East Canal Street
12 Richmond, VA  23219-3916
   Telephone:  804.775.1000
13 Facsimile:  804.775.1061

14 Attorneys for Defendants
   FERGUSON ENTERPRISES, LLC; RETIREMENT
15 PLAN COMMITTEE OF FERGUSON
   ENTERPRISES, LLC 401(K) RETIREMENT
16 SAVINGS PLAN; WILLIAM BRUNDAGE;
   RICHARD WINCKLER
17
   **SIDLEY AUSTIN LLP**
18 Nicole M. Ryan (SBN 175980)
      Email: nicole.ryan@sidley.com
19 555 California Street, Suite 2000
   San Francisco, CA 94104
20 Telephone: 415.772.1250
   Facsimile: 415.772.7400
21
   Eric S. Mattson (*Pro Hac Vice*)
22    Email: emattson@sidley.com
   Caroline A. Wong (*Pro Hac Vice*)
23    Email: caroline.wong@sidley.com
   One S. Dearborn Street
24 Chicago, IL 60603
   Telephone: 312.853.4716
25 Facsimile: 312.853.7036

26 Attorneys for Defendant
   CAPFINANCIAL PARTNERS, LLC,
27 d/b/a CAPTRUST FINANCIAL ADVISORS

28

CORRECTED STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO THE
COMPLAINT AND SETTING SCHEDULE FOR BRIEFING ON MOTIONS TO DISMISS

Plaintiffs Tera Bozzini and Adrian Gonzalez ("Plaintiffs") and Defendants Ferguson Enterprises, LLC; Retirement Plan Committee of Ferguson Enterprises, LLC 401(k) Retirement Savings Plan; William Brundage; Richard Winckler; and CapFinancial Partners, LLC, d/b/a CAPTRUST Financial Advisors ("Defendants") (together with Plaintiffs, the "Parties"), by and through their undersigned counsel, hereby stipulate as follows:

**WHEREAS**, Plaintiffs filed a Complaint against Defendants on September 30, 2022 in the above-referenced action;

**WHEREAS**, the Parties previously agreed by stipulation to extend Defendants' time to file responsive pleadings to November 23, 2022 (*see* Dkts. 10, 12);

**WHEREAS**, the Parties have met and conferred and have agreed to a schedule that further extends Defendants' time to file a responsive pleading, and that includes deadlines for briefing on motions to dismiss and on Plaintiffs' filing of any amended complaint;

**WHEREAS**, the Parties agree that there is good cause for the negotiated schedule, given the length of the Complaint and the number and nature of claims in this action;

**WHEREAS**, the parties' negotiated schedule will not affect or alter the date of any other event or deadline already fixed by the Court or otherwise affect the schedule of the case;

**NOW THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE**, by and through their undersigned counsel, and subject to this Court's approval:

1. Defendants' time to file any motions to dismiss or otherwise respond to the Complaint is extended to December 14, 2022. Pursuant to Local Rule 6-1(a), this paragraph shall be effective upon the filing of this Stipulation with the Court.

2. Plaintiffs' time to file oppositions to any motions to dismiss the Complaint, or to file an amended complaint, is extended to January 31, 2023.

3. In the event that Plaintiffs file oppositions to any motions to dismiss the Complaint, rather than filing an amended complaint, Defendants' time to file replies in support of motions to dismiss the Complaint is extended to February 22, 2023.

CORRECTED STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO THE
COMPLAINT AND SETTING SCHEDULE FOR BRIEFING ON MOTIONS TO DISMISS

1        4.      By entering into this Stipulation, Defendants expressly reserve and do not waive any

2    and all defenses and challenges to Plaintiffs' action.

3    **IT IS SO STIPULATED.**

Dated: November 22, 2022        **TOWER LEGAL GROUP, P.C.**

By:   */s/ James A. Clark*

      James A. Clark (SBN 278372)
      Rene P. Ortega (SBN 283441)
Attorneys for Plaintiffs
TERRA BOZZINI, ADRIAN GONZALEZ,
FERGUSON ENTERPRISES, LLC, 401(K)
RETIREMENT SAVINGS PLAN f/k/a
FERGUSON ENTERPRISES, INC., 401(K)
RETIREMENT SAVINGS PLAN

Dated: November 22, 2022        **McGUIREWOODS, LLP**

By:   */s/ Natalie M. Lagunas*

      Natalie M. Lagunas (SBN 318634)
      Peter N. Farley
      Summer L. Speight
      Heidi E. Siegmund
Attorneys for Defendants
FERGUSON ENTERPRISES, LLC;
RETIREMENT PLAN COMMITTEE OF
FERGUSON ENTERPRISES, LLC 401(K)
RETIREMENT SAVINGS PLAN; WILLIAM
BRUNDAGE; RICHARD WINCKLER

Dated: November 22, 2022        **SIDLEY AUSTIN LLP**

By:   */s/ Nicole M. Ryan*

      Nicole M. Ryan (SBN 175980)
      Eric S. Mattson
      Caroline A. Wong
Attorneys for Defendant
CAPFINANCIAL PARTNERS, LLC,
d/b/a CAPTRUST FINANCIAL ADVISORS

CORRECTED STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO THE
COMPLAINT AND SETTING SCHEDULE FOR BRIEFING ON MOTIONS TO DISMISS

## SIGNATURE ATTESTATION

I, Nicole M. Ryan, am the ECF User whose identification and password are being used to file the foregoing Corrected Stipulation and [Proposed] Order Extending Time to Respond to the Complaint and Setting Schedule for Briefing on Motions to Dismiss. Pursuant to Civil Local Rule 5-1(h)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained.

Dated: November 22, 2022        By:      */s/ Nicole M. Ryan*
                                         Nicole M. Ryan (SBN 175980)
                                          Email: nicole.ryan@sidley.com
                                         555 California Street, Suite 2000
                                         San Francisco, CA 94104
                                         Telephone: 415.772.1250
                                         Facsimile: 415.772.7400

                                         Attorney for Defendant
                                         CAPFINANCIAL PARTNERS, LLC,
                                         d/b/a CAPTRUST FINANCIAL ADVISORS

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ORDER

Pursuant to Stipulation, IT IS SO ORDERED.

Dated: ___December 1, 202___

THE HON. WILLIAM  H. ORRICK

United States District Judge

CORRECTED STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO THE
COMPLAINT AND SETTING SCHEDULE FOR BRIEFING ON MOTIONS TO DISMISS