UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERA BOZZINI, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>FERGUSON ENTERPRISES LLC, et al.,<br><br>        Defendants. | Case No. 22-cv-05667-AMO<br><br>**ORDER TO SHOW CAUSE WHY MOTION TO DISMISS SHOULD NOT BE GRANTED AS UNOPPOSED**<br><br>Re: Dkt. No. 110 |

On October 25, 2024, Defendants filed a motion to dismiss Plaintiffs' second amended complaint. ECF 110. Service of the motion was effected upon filing via the Court's CM/ECF system. *See* Civil L.R. 5-1(h). By court-approved stipulation, Plaintiffs' opposition to the motion was due November 22, 2024. ECF 108. As of the filing of this order, no opposition has been filed. Accordingly, by no later than December 9, 2024, Plaintiffs shall file a written response, of no more than three pages, explaining why the motion to dismiss should not be granted as unopposed. Defendants may also file a written response, of no more than three pages, by December 9, 2024. The hearing on the motion to dismiss, currently set for January 16, 2025, is **VACATED** pending resolution of this order to show cause.

**IT IS SO ORDERED.**

Dated: November 26, 2024

                                                                **ARACELI MARTÍNEZ-OLGUÍN**
                                                                 **United States District Judge**