1  **TOWER LEGAL GROUP, P.C.**
   James Alan Clark
2  Renee Parras Ortega
   Tower Legal Group, P.C.
3  11335 Gold Express Drive, Suite 105
   Gold River, CA 95670
4  (916) 361-6009
5  Fax: (916) 361-6019
   james.clark@towerlegalgroup.com
6  renee.ortega@towerlegalgroup.com

7  **THE SHARMAN LAW FIRM LLC**
   Paul Sharman
8  11175 Cicero Drive, Suite 100
   Alpharetta, GA 30022
9  (678) 242-5297
   paul@sharman-law.com
10

11 **MUHIC LAW LLC**
   Peter A. Muhic
12 923 Haddonfield Rd
   Ste 300
13 Cherry Hill, NJ 08002
   856-242-1802
14 peter@muhiclaw.com

15 Attorneys for Plaintiffs TERA BOZZINI
   and ADRIAN GONZALEZ
16
   [*Additional Counsel Below*]
17
                  **UNITED STATES DISTRICT COURT**
18
                  **NORTHERN DISTRICT OF CALIFORNIA**
19

20 | TERA BOZZINI and ADRIAN GONZALES, individually and representative of a Putative Class of Participants and Beneficiaries, on behalf of the FERGUSON ENTERPRISES, LLC, 40l(K) RETIREMENT SAVINGS PLAN f/k/a FERGUSON ENTERPRISES, INC, 401 (K) RETIREMENT SAVINGS PLAN, | CASE NO. 3:22-cv-05667-AMO |
   |---|---|
   | | **JOINT STIPULATION RE: MEDIATION AND CONTINUANCE OF CASE MANAGEMENT HEARING;** [PROPOSED] **ORDER**  *As Modified by the Court* |
   | Plaintiffs, | |
   | vs. | |
   | FERGUSON ENTERPRISES, LLC, f/k/a FERGUSON ENTERPRISES, | |

1
JOINT STIPULATION RE: MEDIATION AND CONTINUANCE OF CASE MANAGEMENT CONFERENCE

| | |
|---|---|
| 1 | INC.; RETIREMENT PLAN COMMITTEE OF FERGUSON ENTERPRISES, LLC 40l(K) RETIREMENT SAVINGS PLAN; AND DOES 1-50. |
| 2 | |
| 3 | |
| 4 | |
| 5 | Defendants. |

1  **McGuireWoods, LLP**
   Andrew W. Russell (SBN 280669)
2  1800 Century Park East, 8th Floor
   Los Angeles, CA  90067-1501
3  Telephone:  310.315.8200
   Facsimile:  310.315.8210
4  arussell@mcguirewoods.com

5

6  Heidi E. Siegmund *(admitted Pro Hac Vice)*
   Gateway Plaza
7  800 East Canal Street
   Richmond, VA  23219-3916
8  Telephone:  804.775.1000
   Facsimile:  804.775.1061
9  hsiegmund@mcguirewoods.com

10 FERGUSON ENTERPRISES, LLC and
   RETIREMENT PLAN COMMITTEE OF
11 FERGUSON ENTERPRISES, LLC 401(K)
   RETIREMENT SAVINGS PLAN
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Plaintiffs TERA BOZZINI and ADRIAN GONZALES ("Plaintiffs") and Defendants FERGUSON ENTERPRISES, LLC and RETIREMENT PLAN COMMITTEE OF FERGUSON ENTERPRISES, LLC 401(K) RETIREMENT SAVINGS PLAN ("Defendants") (Plaintiffs and Defendants are collectively, the "Parties"), by and through their respective undersigned counsel, stipulate as follows:

WHEREAS, the Court has scheduled a Case Management Conference on July 16, 2025, at 10 a.m. (Dkt. #126);

WHEREAS, the Parties' Case Management Statement is due by July 9, 2025, at 12 p.m.;

WHEREAS, the Parties have conferred and agreed to participate in a private mediation of the entire action, have scheduled a mediation on August 11, 2025, and have agreed to request that the Court defer the Case Management Conference until after they have completed the mediation;

WHEREAS, in order to conserve the Parties' and the Court's resources, and to preserve the status quo pending completion of the Parties' mediation, the Parties agree, and are stipulating herein, that good cause exists to continue the July 9, 2025 deadline for the Case Management Statement to September 11, 2025, at 12 p.m., or a date thereafter that is convenient to the Court; and to continue July 16, 2025 Case Management Conference until September 18, 2025, at 10 a.m., or a date thereafter that is convenient to the Court.

## **STIPULATION**

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs, on the one hand, and Defendants, on the other hand, by and through their respective undersigned counsel, and subject to the Court's approval, that:

1. The July 9, 2025 deadline for the Parties' Case Management Statement shall be continued to September 11, 2025, at 12 p.m. or a date thereafter that is convenient to the Court;

2. The July 16, 2025 Case Management Conference shall be continued to September 18, 2025 at 10 a.m. or a date thereafter that is convenient to the Court.

3. By entering into this Stipulation, the Parties do not waive and expressly reserve all claims, defenses, and challenges in this action including, without limitation, with

respect to the merits of the claims asserted in the Complaint.

DATED: July 2, 2025                    **TOWER LEGAL GROUP, P.C., THE SHARMAN LAW FIRM LLC, AND MUHIC LAW, LLC**

                                       By:   /s/Peter Muhic
                                             James Clark
                                             Renee Parras Ortega
                                             Paul Sharman
                                             Peter Muhic
                                             Attorneys for Plaintiffs
                                             TERA BOZZINI and ADRIAN GONZALES

DATED: July 2, 2025                    **MCGUIREWOODS LLP**

                                       By:   /s/ *Andrew W. Russell*
                                             Andrew W. Russell
                                             Heidi E. Siegmund
                                             Attorneys for Defendants
                                             FERGUSON ENTERPRISES, LLC and
                                             RETIREMENT PLAN COMMITTEE OF
                                             FERGUSON ENTERPRISES, LLC 401(K)
                                             RETIREMENT SAVINGS PLAN

## SIGNATURE ATTESTATION

I hereby attest that each of the other signatories of this document concur in the filing of this document.

Executed on July 2, 2025, at Los Angeles, California.

                         /s/ *Andrew W. Russell*
                         ANDREW W. RUSSELL

~~[PROPOSED]~~ ORDER  *As Modified by the Court*

Having reviewed and considered the Joint Stipulation to Continue the Case Management Conference in this matter (the "Stipulation") filed by TERA BOZZINI and ADRIAN GONZALEZ ("Plaintiffs") and Defendant FERGUSON ENTERPRISES, LLC and RETIREMENT PLAN COMMITTEE OF FERGUSON ENTERPRISES, LLC 401(K) RETIREMENT SAVINGS PLAN ("Defendants") (Plaintiffs and Defendants are collectively, the "Parties") and finding good cause appearing for the relief requested therein, the Stipulation shall be and hereby is GRANTED as follows:

1. The July 9, 2025 deadline for the Parties' Case Management Statement is continued to September 11, 2025, at 12 p.m.;
2. The July 16, 2025 Case Management Conference is continued to September 18, 2025 at 10 a.m.

**Should the matter not settle at mediation, the parties shall be prepared to proceed on an accelerated schedule through class certification.**

**IT IS SO ORDERED**.

DATED:  July 2, 2025

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**