**TOWER LEGAL GROUP, P.C.**
James Alan Clark
Renee Parras Ortega
Tower Legal Group, P.C.
11335 Gold Express Drive, Suite 105
Gold River, CA 95670
(916) 361-6009
Fax: (916) 361-6019
james.clark@towerlegalgroup.com
renee.ortega@towerlegalgroup.com

**THE SHARMAN LAW FIRM LLC**
Paul Sharman
11175 Cicero Drive, Suite 100
Alpharetta, GA 30022
(678) 242-5297
paul@sharman-law.com

**MUHIC LAW LLC**
Peter A. Muhic
923 Haddonfield Rd
Ste 300
Cherry Hill, NJ 08002
856-242-1802
peter@muhiclaw.com

Attorneys for Plaintiffs TERA BOZZINI
and ADRIAN GONZALEZ

[*Additional Counsel Below*]

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERA BOZZINI and ADRIAN GONZALES, individually and representative of a Putative Class of Participants and Beneficiaries, on behalf of the FERGUSON ENTERPRISES, LLC, 401(K) RETIREMENT SAVINGS PLAN f/k/a FERGUSON ENTERPRISES, INC, 401(K) RETIREMENT SAVINGS PLAN,<br><br>      Plaintiffs,<br><br>    vs.<br><br>FERGUSON ENTERPRISES, LLC, f/k/a FERGUSON ENTERPRISES, | CASE NO. 3:22-cv-05667-AMO<br><br>**JOINT ADMINISTRATIVE MOTION FOR A REMOTE HEARING ON PLAINTIFFS' UNOPPOSED REVISED MOTION TO PRELIMINARILY APPROVE CLASS ACTION SETTLEMENT; [PROPOSED] ORDER**<br><br>Hearing Date: August 6, 2026<br>Hearing Time: 2 p.m.<br>Judge: Hon. Araceli Martínez-Olguín<br>Court: Ronald V. Dellums Federal Building and United States Courthouse, 1301 Clay Street, Oakland, CA 94612 |

JOINT ADMINISTRATIVE MOTION FOR A REMOTE HEARING ON PLAINTIFFS' UNOPPOSED REVISED MOTION TO PRELIMINARILY APPROVE CLASS ACTION SETTLEMENT

INC.; RETIREMENT PLAN
COMMITTEE OF FERGUSON
ENTERPRISES, LLC 401(K)
RETIREMENT SAVINGS PLAN;
AND DOES 1-50.

Defendants.

JOINT ADMINISTRATIVE MOTION FOR A REMOTE HEARING ON PLAINTIFFS' UNOPPOSED REVISED
MOTION TO PRELIMINARILY APPROVE CLASS ACTION SETTLEMENT

**MCGUIREWOODS, LLP**
Andrew W. Russell (SBN 280669)
1800 Century Park East, 8th Floor
Los Angeles, CA  90067-1501
Telephone:  310.315.8200
Facsimile:  310.315.8210
arussell@mcguirewoods.com

Heidi E. Siegmund *(admitted Pro Hac Vice)*
Gateway Plaza
800 East Canal Street
Richmond, VA  23219-3916
Telephone:  804.775.1000
Facsimile:  804.775.1061
hsiegmund@mcguirewoods.com

FERGUSON ENTERPRISES, LLC and
RETIREMENT PLAN COMMITTEE OF
FERGUSON ENTERPRISES, LLC 401(K)
RETIREMENT SAVINGS PLAN

JOINT ADMINISTRATIVE MOTION FOR A REMOTE HEARING ON PLAINTIFFS' UNOPPOSED REVISED MOTION TO PRELIMINARILY APPROVE CLASS ACTION SETTLEMENT

Plaintiffs TERA BOZZINI and ADRIAN GONZALES ("Plaintiffs") and Defendants FERGUSON ENTERPRISES, LLC and RETIREMENT PLAN COMMITTEE OF FERGUSON ENTERPRISES, LLC 401(K) RETIREMENT SAVINGS PLAN ("Defendants") (Plaintiffs and Defendants are collectively, the "Parties"), by and through their respective undersigned counsel, and pursuant to N.D. Cal. Local Rule 7-11 and Section C.2 of this Court's Standing Order for Civil Cases, submit as follows for their Joint Administrative Motion for a Remote Hearing on Plaintiffs' Unopposed Revised Motion to Preliminarily Approve the Class Action Settlement:

WHEREAS, the Court has scheduled an in-person hearing on Plaintiffs' Unopposed Revised Motion to Preliminarily Approve the Class Action Settlement (Dkt. #145) on August 6, 2026, at 2 p.m. (Dkts. #146–47) (the "Preliminary Approval Hearing");

WHEREAS, lead counsel for Plaintiffs, Peter Muhic of Muhic Law LLC, is based in Cherry Hill, New Jersey;

WHEREAS, lead counsel for Defendants, Heidi Siegmund of McGuireWoods LLP, is based in Richmond, Virginia;

WHEREAS, an in-person hearing would require lead counsel to undertake cross-country flights and at least one overnight stay;

WHEREAS, the Parties have conferred and agree that it would conserve costs to the proposed Settlement Class and the Parties, and would be a more efficient use of their resources, for the Preliminary Approval Hearing to be held via Zoom rather than in-person; and

WHEREAS, Plaintiffs' Motion to Preliminarily Approve the Class Action Settlement (Dkt #145) is unopposed; the Preliminary Approval Hearing will not involve any witness testimony or evidentiary presentation; and lead counsel's experience is that a remote hearing would not impair the Court's ability to evaluate the class action settlement;

WHEREAS, the Parties agree that good cause exists to hold the Preliminary Approval Hearing remotely via Zoom.

**STIPULATION**

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs, on the one hand, and Defendants, on the other hand, by and through their respective

4

undersigned counsel, and subject to the Court's approval, that:

1.   The Preliminary Approval Hearing scheduled for August 6, 2026, at 2 p.m. shall be held remotely via Zoom.

2.   By entering into this Stipulation, the Parties do not waive and expressly reserve all claims, defenses, and challenges in this action including, without limitation, with respect to the merits of the claims asserted in the Complaint.

DATED: July 30, 2026                    TOWER LEGAL GROUP, P.C., THE SHARMAN LAW FIRM LLC, AND MUHIC LAW, LLC

By:   /s/Peter A. Muhic, with permission
      James Clark
      Renee Parras Ortega
      Paul Sharman
      Peter Muhic
      Attorneys for Plaintiffs
      TERA BOZZINI and ADRIAN GONZALES

DATED: July 30, 2026                    MCGUIREWOODS LLP

By:   /s/ Andrew W. Russell
      Andrew W. Russell
      Heidi E. Siegmund
      Attorneys for Defendants
      FERGUSON ENTERPRISES, LLC and
      RETIREMENT PLAN COMMITTEE OF
      FERGUSON ENTERPRISES, LLC 401(K)
      RETIREMENT SAVINGS PLAN

## SIGNATURE ATTESTATION

I hereby attest that each of the other signatories of this document concur in the filing of this document.

Executed on July 30, 2026, at Los Angeles, California.

/s/ Andrew W. Russell
ANDREW W. RUSSELL

5

## [PROPOSED] ORDER

Having reviewed and considered the Joint Administrative Motion to Hold the Preliminary Approval Hearing Remotely, (the "Motion") filed by TERA BOZZINI and ADRIAN GONZALEZ ("Plaintiffs") and Defendants FERGUSON ENTERPRISES, LLC and RETIREMENT PLAN COMMITTEE OF FERGUSON ENTERPRISES, LLC 401(K) RETIREMENT SAVINGS PLAN ("Defendants") (Plaintiffs and Defendants are collectively, the "Parties"), and finding good cause appearing for the relief requested therein, the Motion shall be and hereby is GRANTED as follows:

1. The hearing on Plaintiffs' Unopposed Revised Motion to Preliminarily Approve the Class Action Settlement (Dkt #145) scheduled for 2 p.m. on August 6, 2026, will be held remotely via Zoom.

**IT IS SO ORDERED**.

DATED: _____          _____
                                        HON. ARACELI MARTÍNEZ-OLGUÍN
                                        DISTRICT COURT JUDGE

[PROPOSED] ORDER GRANTING JOINT ADMINISTRATIVE MOTION TO HOLD REMOTE HEARING ON PLAINTIFFS' UNOPPOSED REVISED MOTION TO PRELIMINARILY APPROVE CLASS ACTION SETTLEMENT